**Opinion issued July 18, 2023**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-23-00420-CV

—————————————

## ENO WILLIAMS, Appellant

## V.

## KENNEDY F. AMBROISE, Appellee

On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1198971

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Further, although appellant's certificate of conference to his motion states that he had not received a

response from appellee, more than 10 days have passed since the motion was filed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal in all things. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.